UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BRENT D. MASON                                    CIVIL ACTION NO. 23-cv-863

VERSUS                                            JUDGE DONALD E. WALTER

CITY OF SHREVEPORT                                MAGISTRATE JUDGE HORNSBY

**REASONS AND JUDGMENT**

Plaintiff has filed objections to the Report and Recommendation, asserting that he has claims under the First and Fourteenth Amendments.  The Report and Recommendation has already noted that "any state law claims associated with Plaintiff's termination in December of 2020 are likely time-barred under the one-year limitations period that Louisiana applies to delictual actions.  La. Civ. Code art. 3492."  Record Document 3 at 2. Plaintiff's civil service hearings were in 2020 and 2021, but he did not file suit until 2023. A civil rights claim under 42 U.S.C. § 1983 that is filed in a Louisiana court must be brought within a one-year limitations period that begins to run the moment the plaintiff becomes aware that he has suffered an injury or has sufficient information to know that he has been injured.  See Stringer v. Town of Jonesboro, 986 F.3d 502, 510 (5th Cir. 2021); Elzy v. Roberson, 868 F.2d 793 (5th Cir. 1989).  Thus, any Section 1983 claims are also time-barred.

Accordingly, for the reasons above and those assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly

reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint, including all federal and state claims, is **DISMISSED WITH PREJUDICE** as untimely.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 18th day of August, 2023.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE